Court, Appellate Division, Third Department. November 14, 1900.) Action by Herbert C. Cornell against the village of Saratoga Springs. No opinion. Judgment affirmed, with costs.

COWING, Respondent, v. BRYANT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Louise S. Cowing against Martha J. Bryant and Orrin Bryant. No opinion. Judgment affirmed, with costs.

COX, Respondent, v. BARNES, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by David J. Cox against James Barnes, as administrator, etc. No opinion. Judgment affirmed, with costs.

CRAVEN v. BLOOMINGDALE. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Walter S. Craven against Lyman G. Bloomingdale. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 525.

CRAWFORD, Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Annie M. Crawford against the Central Railroad Company of New Jersey. No opinion. Judgment and order unanimously affirmed, with costs.

CRAWFORD, Respondent, v. JAECKEL, Appellant. (Supreme Court, Appellate Term. January 2, 1901.) Action by Carolina P. Crawford against Hugo Jaeckel. From a judgment in favor of plaintiff, defendant appeals. Affirmed. L. P. Mingay, for appellant. Adams & Adams, for respondent.

PER CURIAM. Judgment affirmed, with costs. See Wilkinson v. Davies, 146 N. Y. 27, 40 N. E. 501.

CRETEAU v. FOOTE & THORNE CO. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Frederick A. Creteau against the Foote & Thorne Company. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 370.

DAVIS et al., Respondents, v. BINGHAM et al., Appellants. (Supreme Court, Appellate Term. January 14, 1901.) Action by Solomon Davis and another against William H. Bingham and another. From a judgment of the general term (66 N. Y. Supp. 489) affirming an order of the special term of the city court of New York overruling a demurrer, defendants appeal. Affirmed. Thompson & Maloney, for appellants. H. S. Mack, for respondents.

PER CURIAM. Judgment and order appealed from affirmed, with costs, with leave to the defendants to serve their answer to the complaint herein within six days after service upon their attorney of a copy of the order entered on this appeal, and upon payment of the costs.

DAVIS et al., Respondents, v. NIAGARA FALLS POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by Charles Davis and others against the Niagara Falls Power Company. No opinion. Judgment affirmed, with costs.

DEERING, Respondent, v. REILLY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by James A. Deering against William J. Reilly and others. L. A. Spalding, for appellants. C. L. Barber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DE HART, Respondent, v. GREATER NEW YORK PUB. CO., Appellant. (City Court of New York, General Term. January 3, 1901.) Action by James H. De Hart against the Greater New York Publishing Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Franklin Bien, for appellant. Hammond Odell, for respondent.

PER CURIAM. Judgment appealed from, affirmed, with costs.

DE HIERAPOLIS, Respondent, v. LAWRENCE, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by George S. De Hierapolis against Isaac Lawrence. N. G. Johnson, for appellant. T. B. Chancellor, for respondent. No opinion. Judgment affirmed, with costs.

DE SISTO v. STIMMEL. (Supreme Court, Appellate Division, First Department, November 23, 1900.) Action by Antonia De Sisto against John Stimmel. No opinion. Motion denied, upon payment of $10 costs. See 65 N. Y. Supp. 314.

DEUTSCH, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. December 13, 1900.) Action by Emanuel Deutsch against the Metropolitan Street-Railway Company. From a judgment in favor of the plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Henry A. Robinson and John T. Little, for appellant. Hayman & Rosenthal, for respondent.

PER CURIAM. It is insisted on behalf of the appellant that the plaintiff failed to prove freedom from contributory negligence, and that the verdict is against the weight of evidence. An examination of the evidence demonstrates that the question of plaintiff's freedom from negligence was for the jury to determine, and, in view of the evidence offered by plaintiff, it could not be said as a matter of law that he was guilty of contributory negligence. The verdict is not against the weight of evidence, but, on the contrary, appears to be supported by a fair preponderance of the evidence. Judgment and order appealed from affirmed, with costs.

DIMON v. KEERY. (Supreme Court, Appellate Division, First Department. December

14, 1900.) Action by Charles L. Dimon against Martha Keery. No opinion. Motion denied, with $10 costs.

DITMAS, Respondent, v. McKANE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Abigail V. Ditmas, as administratrix, etc., against Fannie McKane, impleaded with others. No opinion. Motion denied.

DREELAND, Appellant, v. ABRAHAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by William J. Dreeland, by his guardian ad litem, James Dreeland, against Abraham Abraham and others. No opinion. Judgment unanimously affirmed, with costs.

DUMVILLE, Respondent, v. LEACH, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Joseph Dumville, Jr., against Arthur L. Leach. No opinion. Judgment affirmed, with costs.

DUNN, Respondent, v. VILLAGE OF TONAWANDA, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Michael Dunn against the village of Tonawanda. No opinion. Judgment and order affirmed, with costs.

DURYEA v. FUECHSEL. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by John Duryea against Catharine Fuechsel. No opinion. Motion denied.

EAGAN et al., Respondents, v. WHITE, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Patrick Eagan and others against Edward C. White. No opinion. Judgment affirmed, with costs.

EDINGTON, Respondent, v. MERSEREAU MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Annie Edington against the Mersereau Manufacturing Company. No opinion. Judgment and order unanimously affirmed, with costs.

EDWARDS, Appellant, v. MARLEY, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by John Edwards against John C. Marley. No opinion. Judgment affirmed, with costs.

In re ELY. (Supreme Court, Appellate Division, Second Department. November 1, 1900.) In the matter of the application of W. A. H. Ely for an order to C. W. B. Dammann, Harvey G. Purdy, Louis T. Dolen, and Ferd A. Richardson, the board of inspectors of election of election district No. 1, town of Greenburgh, county of Westchester. PER CURIAM. Order reversed, without costs, on the ground that the application was irregularly entertained on a day less than two

days prior to the second Saturday before election. See section 31 of the election law. HIRSCHBERG, J., absent.

EMBURY et al. v. ELLISON et al. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Action by Philip Embury and others against John E. Ellison and others. No opinion. Motion granted, with $10 costs.

ENGELSTOFF v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by Clara A. Engelstoff against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

ENOS, Sheriff, Respondent, v. HAZZARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by William H. Enos, as sheriff, etc., against Margaret Hazzard. No opinion. Judgment affirmed, with costs.

EVINS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Samuel H. Evins against the Metropolitan Street-Railway Company. No opinion. Judgment (62 N. Y. Supp. 495) unanimously affirmed, with costs.

FARGO, Respondent, v. PAUL, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by James C. Fargo, as president of the American Express Company, against George R. Paul. No opinion. Order affirmed, with costs to abide event.

FIEBIGER et al. v. SOCIALISTIC CO-OP. ASS'N. (Supreme Court, Appellate Division, Fourth Department. December 14, 1900.) Action by Peter Fiebiger and others against the Socialistic Co-operative Association. No opinion. Motion dismissed, with $10 costs.

FITZPATRICK, Appellant, v. PRESS PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Emma Fitzpatrick against the Press Publishing Company. O. B. Thomas, for appellant. J. M. Bowers, for respondent. No opinion. Judgment affirmed, with costs.

FITZSIMMON, Appellant, v. PERRY, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1900.) Action by Andrew Fitzsimmon against Ella J. Perry. No opinion. Judgment affirmed, with costs. All concur, except MERWIN, J., dissenting.

In re FLYNN. (Supreme Court, Appellate Division, Third Department. November 16, 1900.) In the matter of the application of William Flynn for a writ of mandamus. No opinion. Order affirmed, with $10 costs and disbursements, with leave to the relator to apply to special term for an alternative writ.